

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty, is for the offense of violation of the liquor law; the punishment, a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is violation of the liquor law; the punishment, a fine of $400.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

Mabel GANT, Appellant,

v.

The STATE of Texas, Appellee.

No. 27815.

Court of Criminal Appeals of Texas.

Nov. 16, 1955.

E. B. BOWEN and Norman Greer, Appellants,

v.

The STATE of Texas, Appellee.

No. 27813.

Court of Criminal Appeals of Texas.

Nov. 16, 1955.

